```
 1
 2
 3                                  JS-6
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  SABINO SALDANA AND        )   Case No. EDCV 11-00040 VAP
    GLORIA SALDANA,           )   (DTBx)
12  INDIVIDUALS,              )
                              )   JUDGMENT
13            Plaintiffs,     )
                              )
14       v.                   )
                              )
15  MISSION HILLS MORTGAGE    )
    BANKERS, AURORA LOAN      )
16  SERVICES; AND DOES 1      )
    THROUGH 99, INCLUSIVE,    )
17                            )
              Defendant.      )
18  _____
```

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 3, 2011

                                          VIRGINIA A. PHILLIPS
                                     United States District Judge